UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION
------------------------------------------X
UNITED STATES OF AMERICA

vs.                                              03-CR-10009 (JDT)

VALERY AKSELRUD, et al.
------------------------------------------X

## ORDER MODIFYING CONDITIONS OF RELEASE AND BOND OF DEFENDANT VALERY AKSELRUD

Upon motion for counsel of defendant Valery Akselrud, without objection from the government or his pretrial services officer, the Conditions of Release and Bond of defendant Valery Akselrud are modified to the extent that he may travel to Weston, Florida between May 6 and May 13, 2005.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

27 April 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___04-28-05___

105

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 1:03-CR-10009 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT