IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) No. 03-10009-T |
| VALERY AKSELRUD and GENNADY AKSELRUD, | ) |
| Defendants. | ) |

### ORDER CONTINUING TRIAL AND EXCLUDING DELAY

Upon motion for counsel of defendants Valery and Gennady Akselrud, with no objection from the government and for good cause shown, this case is hereby continued. Defendants contend that additional time is needed for preparation for the trial and to work out a resolution of the case.

The court finds that the Akselrud defendants' need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance. Accordingly, the case is continued. A report date is set for March 6, 2006, at 8:30 a.m. and the trial is set for March 20, 2006, at 9:30 a.m. The resulting period of delay from September 6, 2005, to March 20, 2006, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8/24/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 1:03-CR-10009 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Richard M. Asche
LITMAN ASCHE & GIOIELLA
45 Broadway
New York, NY 10006

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT